UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Gulfport-6 Divisional Office)

| | | | |
|---|---|---|---|
| IN RE: | LISA M BRADLEY | CASE NO: | 22-50076 |
| | JOHN KRIKLAND | CHAPTER: | 13 |

    Debtors

**Change of address – Payment for Creditor**

As to Claim 4-2, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                 New Notifications address

Old payment address                   New payment address
Wells Fargo Auto                       Wells Fargo Auto
PO Box 17900                           PO Box 51963
Denver CO 80217-0900            Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: BKChapter13@WellsFargo.com

07/23/2025                              /s/Canell Thornton
                                        Associate Loan Servicing Representative
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE: LISA M BRADLEY     CASE NO: 22-50076
JOHN KRIKLAND     CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Canell Thornton
Associate Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/23/2025            /s/Canell Thornton
                                Associate Loan Servicing Representative
                                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto