MSSB-LR-3007-1 (02/23)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: JOHN PAUL KIRKLAND and LISA MICHELLE KIRKLAND**     **CASE NO. 22-50076-KMS**

**CHAPTER 13**

**DEBTORS.**

### NOTICE OF OBJECTION TO CLAIM

You are hereby notified that an objection to your claim(s) has been filed in the above-referenced bankruptcy case. Your claim(s) may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim(s), a written response to the attached objection to claim(s) must be filed with:

Clerk, U.S. Bankruptcy Court Southern
District of Mississippi 2012 15th St.,
Ste. 244 Gulfport, MS 39501

and a copy must be served on the undersigned attorney for the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

Dated:     **11/18/2025**

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee

P.O. Box 3749
Gulfport, MS 39505-3749
City, State, and Zip Code

(228) 831-9531     100443
Telephone Number     MS Bar Number

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: JOHN PAUL KIRKLAND and           CHAPTER 13
LISA MICHELLE KIRKLAND                  Case No. 22-50076-KMS

### TRUSTEE'S OBJECTION TO CLAIM NO. 9-1
### FILED BY MERIT HEALTH BILOXI

COMES NOW the Chapter 13 Trustee, by and through undersigned Counsel, and files this Objection to Claim No. 9-1 filed by Merit Health Biloxi, pursuant to F.R.B.P. Rule 3007 and 11 U.S.C. § 502, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

On March 1st, 2022, Merit Health Biloxi filed proof of claim 9-1 as a non-priority, general unsecured claim in the amount of $11,793.54. The claim was filed by account servicer PASI (Professional Account Services, Inc.)

**2.**

This is a 100% plan. The Trustee has disbursed $8,518.44 on the claim to date, however, the two most recent monthly disbursements in the amounts of $299.56 and $241.17 were returned by PASI under cover letter dated September 23rd, 2025, stating PASI "no longer handles accounts for Merit Health Biloxi". In a phone call on October 6th, 2025, PASI's management advised the Trustee's Office that PASI will no longer accept or process any further Trustee disbursement checks on the account. The remaining balance due on the claim is $3,815.83.

**3.**

With respect to claim no. 9, no transfer of claim, assignment, servicing transfer, change of address, or other claim related correspondence has been filed of record by PASI, Merit Health Biloxi or any other party.

**4.**

Based upon the foregoing, the Trustee requests that the remaining $3,815.83 balance on Claim 9-1 be disallowed and the Trustee be authorized to cease distributions on the claim. Notice of the instant claim objection is being issued to both PASI and Merit Health Biloxi.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered disallowing the remaining balance owed on Claim 9-1 and authorizing the Trustee to cease distributions on the claim, and requests such other, further, and general relief to which the Trustee may be entitled.

1

Respectfully submitted:

s/ *Phillip Brent Dunnaway*

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Notice of Objection and Trustee's Objection to Claim No. 9-1 to:

David Asbach, Esq., United States Trustee     USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Jr., Attorney for Debtors     trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Objection and Trustee's Objection to Claim No.9-1 to the following:

Professional Account Services, Inc. (PASI)
Attn: Ricky Felts
P.O. Box 188
Brentwood, TN 37027

Merit Health Biloxi
150 Reynoir Street
Biloxi, MS 39530

Memorial Hospital Biloxi
fka Merit Health Biloxi
P.O. Box 1810
Gulfport, MS 39501

DATED, this the 18th day of November 2025.

s/ *Phillip Brent Dunnaway*

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
15487 Oak Lane, Suite 200-I
Gulfport, MS 39503
(228) 831-9531

2