## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: JOHN PAUL KIRKLAND and<br>LISA MICHELLE KIRKLAND | CHAPTER 13<br>Case No. 22-50076-KMS |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 9-1
### FILED BY MERIT HEALTH BILOXI (DKT. 75)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Claim 9-1 filed by Merit Health Biloxi (Dkt. 75), and the Court finding that no opposition to the Objection was timely filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Objection to Claim 9-1 filed by Merit Health Biloxi (Dkt. 75) is hereby sustained and the remaining $3,815.83 balance of Claim 9-1 is hereby disallowed and the Trustee is authorized to cease distributions on the foregoing claim.

##END OF ORDER##

Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq. (MSB. 100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505