## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     John Paul Kirkland                            Case No. 22-50076-KMS
             Lisa Michelle Kirkland, Debtors                   CHAPTER 13

## **NOTICE**

       Debtors have filed papers with the court to incur new debt.

       **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

       File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

       If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

       You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: December 17, 2025          Signature:    /s/ Thomas C. Rollins, Jr.
                                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                                           The Rollins Law Firm, PLLC
                                                           P.O Box 13767
                                                           Jackson, MS 39236
                                                           601-500-5533
                                                           trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   John Paul Kirkland                                            Case No. 22-50076-KMS
         Lisa Michelle Kirkland, Debtors                                        CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 01/31/2022.
2. Debtors are paying approximately 100% to General Unsecured Debts through the plan.
3. Joint Debtor's 2013 Hyundai Veloster, which was not included in the confirmed plan, has developed significant mechanical issues. As a result, the Joint Debtor requires a reliable source of transportation.
4. Debtors wish to borrow up to $30,000.00 to purchase a vehicle with a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on December 17, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-50076 |
|---|---|
| JOHN PAUL KIRKLAND<br>LISA MICHELLE KIRKLAND | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JOHN PAUL KIRKLAND<br>LISA MICHELLE KIRKLAND | CASE NO: 22-50076<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/17/2025, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                                                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING         CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI        (D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
NCRS ADDRESS DOWNLOAD                    4515 N SANTA FE AVE DEPT APS                        4515 N SANTA FE AVE DEPT APS
CASE 22-50076                            OKLAHOMA CITY  OK 73118-7901                        OKLAHOMA CITY  OK 73118-7901
SOUTHERN DISTRICT OF MISSISSIPPI
WED DEC 17 12-5-30 PST 2025



                                                                                             EXCLUDE

MERIT HEALTH BILOXI                      WELLS FARGO AUTO                                    US BANKRUPTCY COURT
150 REYNOIR STREET                       PO BOX 169005                                       DAN M RUSSELL  JR US COURTHOUSE
BILOXI  MS 39530-4130                    IRVING  TX 75016-9005                               2012 15TH STREET  SUITE 244
                                                                                             GULFPORT  MS 39501-2036




AARONS                                   ABERCROMBIE RADIOLOGIC                              ADVANCE AMERICA
12057 US 49 SUITE C                      1112 WEISGARBER RD                                  12373 HWY 49
GULFPORT  MS 39503-3177                  KNOXVILLE  TN 37909-2620                            SUITE 1
                                                                                             GULFPORT  MS 39503-2980




(P)PHYSICIAN SERVICES OF THE GULF COAST LLC   AMERICAN CREDIT ACCEPTANCE                     AVANTWEBBANK
ATTN ATTN MICHELLE STOUT                 961 EAST MAIN STREET                                222 N LASALLE ST
P O BOX 7417                             SPARTANBURG  SC 29302-2149                          CHICAGO  IL 60601-1003
DIBERVILLE MS 39540-7401




BASIN EMERGENCY PHYSIC                   BLOUNT MEMORIAL                                     BLOUT MEMORIAL
PO BOX 8800                              PO BOX 9820                                         907 E LAMAR ALEXANDER
FORT WORTH  TX 76124-0800                MARYVILLE  TN 37802-9820                            MARYVILLE  TN 37804-5016




(P)CBC                                   CC HOLDINGS                                         (P)CMRE FINANCIAL SERVICES INC
PO BOX 5067                              101 CROSSWAYS PARK DR                               3075 E IMPERIAL HWY STE 200
KINGSPORT TN 37663-0067                  WOODBURY  NY 11797-2020                             BREA CA 92821-6753




CSPIRE WIRELESS                          CAPITAL ONE                                         CAPITAL ONE AUTO FIANC
PO BOX 159                               PO BOX 31293                                        PO BOX 259407
MEADVILLE  MS 39653-0159                 SALT LAKE CITY  UT 84131-0293                       PLANO  TX 75025-9407




CAPITAL ONE AUTO FINANCE  A DIVISION OF  CAPITAL ONE BANK (USA)  NA                          CAPITAL ONE NA
CAPITAL ONE  NA CO                       BY AMERICAN INFOSOURCE AS AGENT                     BY AMERICAN INFOSOURCE AS AGENT
AIS PORTFOLIO SERVICES  LP               4515 N SANTA FE AVE                                 CAPITAL ONE BANK USA NA
4515 N SANTA FE AVE  DEPT APS            OKLAHOMA CITY  OK 73118-7901                        4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901                                                                 OKLAHOMA CITY  OK 73118-7901




CELTIC BANK CO                           CONTINENTAL FINANCE                                 CREDIT ONE BANK
PO BOX 4488                              1ST BANK DELEWARE                                   PO BOX 98872
BEAVERTON  OR 97076-4402                 PO BOX 11743                                        LAS VEGAS  NV 89193-8872
                                         WILMINGTON  DE 19850-1743
```

```
DATASEARCH INC                        EASTMAN CREDIT UNION                   (P)ELEVATE RECOVERIES LLC
1802 NE LOOP 410                      PO BOX 1989                            P O BOX 910009
SUITE 400                             KINGSPORT  TN 37662-1989               SHERMAN TX 75091-0009
SAN ANTONIO  TX 78217-5221


FAMILY MEDICAL CLINIC                 FAMILY MEDICAL CLINIC                  FEDLOAN
CO WAKEFIELD  ASSOCIATES   LLC        104 W RAILROAD AVE                     POB 60610
PO BOX 51272                          CRYSTAL SPRIN  MS 39059                HARRISBURG  PA 17106-0610
KNOXVILLE  TN 37950-1272


FINANCIAL DATA SYSTEMS                FINGERHUT                              FIRST PREMIER BANK
300 E ARLINGTON BD                    13300 PIONEER TRAIL                    3820 N LOUISE AVE
GREENVILLE  NC 27858-5037             EDEN PRAIRIE  MN 55347-4120            SIOUX FALLS  SD 57107-0145


GENESIS FS CARD                       GENESIS FS CARD SERVIC                 HEALTHCARE EXPRESS LLP
PO BOX 4499                           PO BOX 23026                           3515 RICHMOND RD
BEAVERTON  OR 97076-4499              COLUMBUS  GA 31902-3026                TEXARKANA  TX 75503-0711


IC SYSTEMS  INC                       INNOVATIVE PATHOLOGY                   (P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 64378                          501 20TH ST STE G3                     PO BOX 7999
SAINT PAUL  MN 55164-0378             KNOXVILLE  TN 37916-1890               SAINT CLOUD MN 56302-7999


KEYSTONE MEDICAL SERVI                LVNV FUNDING  LLC                      MARS COLLECTION AGENCY
PO BOX 281030                         RESURGENT CAPITAL SERVICES             5810 E SKELLY DR
ATLANTA  GA 30384-1030                PO BOX 10587                           TULSA  OK 74135-6420
                                      GREENVILLE  SC 29603-0587


MERRICK BANK                          MS COAST OBGYN                         MEDNOW URGENT CARE
RESURGENT CAPITAL SERVICES            21 DOCTORS DR                          2851 WASHINGTON RD
PO BOX 10368                          OCEAN SPRINGS  MS 39564-5709           AUGUSTA  GA 30909-2131
GREENVILLE  SC 29603-0368


MEMORIAL PHYSICIANS                   (P)MERCHANTS ADJUSTMENT SERVICE  INC   MERIT HEALTH
PO BOX 15396                          ATTN ATTN SHERI                        150 REYNOIR ST
HATTIESBURG  MS 39404-5396            PO BOX 7511                            BILOXI  MS 39530-4130
                                      MOBILE AL 36670-0511


MERIT HEALTH BILOXI                   OPTIMA RECOVERY SERVI                  OPTIMA RECOVERY SERVIC
CO PASI                               P O BOX 52968                          P O BOX 52968
PO BOX 188                            KNOXVILLE  TN 37950-2968               KNOXVILLE  TN 37950-2968
BRENTWOOD TN 37024-0188
```

```
PINNACLE FUNDS II  LLC                  PARAGON REVENUE GROUP                   PECOS COUNTY MEM HOSP
CO WAKEFIELD  ASSOCIATES  LLC           P O BOX 127                             387 I10
PO BOX 51272                            CONCORD  NC 28026-0127                  FORT STOCKTON  TX 79735
KNOXVILLE  TN 37950-1272




PREMIER BANKCARD  LLC                   PROFRESSIONAL ACCT SER                  QUANTUM3 GROUP LLC AS AGENT FOR
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE  7100 COMMERCE WAY                       GENESIS FS CARD SERVICES INC
PO BOX 7999                             SUITE 100                               PO BOX 788
SAINT CLOUD MN 56302-7999               BRENTWOOD  TN 37027-6935                KIRKLAND  WA  98083-0788




SMB RADIOLOGY                           SAFE HARBOR CLINIC                      SINGING  RIVER HOSPITA
PO BOX 1330                             4013 BEATLINE RD                        PO BOX 789
GULFPORT  MS 39502-1330                 SUITE A                                 OCEAN SPRINGS  MS 39566-0789
                                        LONG BEACH  MS 39560-4135




SINGING RIVER GULFPORT                  SINGING RIVER HEALTH                    SINGING RIVER HEALTH SYSTEM
RESURGENT CAPITAL SERVICES              PO BOX 660940                           CO MICHAEL J MCELHANEY  JR
PO BOX 1927                             DALLAS  TX 75266-0940                   P O BOX 1618
GREENVILLE  SC 29602-1927                                                       PASCAGOULA  MS  39568-1618




SMITH ROUCHON  ASSOC                    SOUTH MS COLLECTION SE                  SOUTHCOAST PATHOLOGY
1456 ELLIS AVENUE                       PO BOX 1511                             5700 SOUTHWYCK BLVD
JACKSON  MS 39204-2204                  PASCAGOULA  MS 39568-1511               TOLEDO  OH 43614-1509




SOUTHEAST ORAL SURGERY                  SOUTHEASTERN EMERGENCY                  SYNCHRONY BANK
216 HEALTHWEST DR                       PO BOX 740023                           PO BOX 105972
DOTHAN  AL 36303-1942                   CINCINNATI  OH 45274-0023               ATLANTA  GA 30348-5972




TURKEY CREEK MEDICAL CENTER             UNITED REVENUE CORP                     UNITED STATES TRUSTEE
CO PASI                                 204 BILLING ST                          501 EAST COURT STREET
PO BOX 188                              STE 120                                 SUITE 6-430
BRENTWOOD TN 37024-0188                 ARLINGTON  TX 76010-2495                JACKSON  MS 39201-5022




(P)WAKEFIELD  ASSOCIATES                WELLS FARGO AUTO                        WELLS FARGO BANK NA  DBA WELLS FARGO AUT
PO BOX 58                               PO BOX 168040                           PO BOX 169005
FORT MORGAN CO 80701-0058               IRVING  TX 75016                        IRVING  TX 75016-9005




                                        DEBTOR

JENNIFER A CURRY CALVILLO               JOHN PAUL KIRKLAND                      LISA MICHELLE KIRKLAND
THE ROLLINS LAW FIRM                    19472 W WORTHAM RD                      19472 W WORTHAM RD
702 W PINE ST                           SAUCIER  MS 39574-9825                  SAUCIER  MS 39574-9825
HATTIESBURG  MS 39401-3836
```

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM - PLLC
PO BOX 13767
JACKSON MS 39236-3767

(P)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749