# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   John Paul Kirkland                                             Case No. 22-50076-KMS
         Lisa Michelle Kirkland, Debtors                                         CHAPTER 13

## **NOTICE**

Debtors have filed papers with the court to incur new debt. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: December 17, 2025           Signature:   /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               The Rollins Law Firm, PLLC
                                               P.O Box 13767
                                               Jackson, MS 39236
                                               601-500-5533
                                               trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    John Paul Kirkland                                         Case No. 22-50076-KMS
          Lisa Michelle Kirkland, Debtors                                    CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 01/31/2022.
2. Debtors are paying approximately 100% to General Unsecured Debts through the plan.
3. Joint Debtor's 2013 Hyundai Veloster, which was not included in the confirmed plan, has developed significant mechanical issues. As a result, the Joint Debtor requires a reliable source of transportation.
4. Debtors wish to borrow up to $30,000.00 to purchase a vehicle with a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on December 17, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHN PAUL KIRKLAND
LISA MICHELLE KIRKLAND

CASE NO: 22-50076

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 12/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JOHN PAUL KIRKLAND<br>LISA MICHELLE KIRKLAND | CASE NO: 22-50076<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/17/2025, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br> LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-50076<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED DEC 17 12-5-30 PST 2025 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br><br>~~(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ |
| MERIT HEALTH BILOXI<br>150 REYNOIR STREET<br>BILOXI  MS 39530-4130 | WELLS FARGO AUTO<br>PO BOX 169005<br>IRVING  TX 75016-9005 | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET   SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| AARONS<br>12057 US 49 SUITE C<br>GULFPORT  MS 39503-3177 | ABERCROMBIE RADIOLOGIC<br>1112 WEISGARBER RD<br>KNOXVILLE  TN 37909-2620 | ADVANCE AMERICA<br>12373 HWY 49<br>SUITE 1<br>GULFPORT  MS 39503-2980 |
| (P)PHYSICIAN SERVICES OF THE GULF COAST LLC<br>ATTN ATTN MICHELLE STOUT<br>P O BOX 7417<br>DIBERVILLE MS 39540-7401 | AMERICAN CREDIT ACCEPTANCE<br>961 EAST MAIN STREET<br>SPARTANBURG  SC 29302-2149 | AVANTWEBBANK<br>222 N LASALLE ST<br>CHICAGO  IL 60601-1003 |
| BASIN EMERGENCY PHYSIC<br>PO BOX 8800<br>FORT WORTH  TX 76124-0800 | BLOUNT MEMORIAL<br>PO BOX 9820<br>MARYVILLE  TN 37802-9820 | BLOUT MEMORIAL<br>907 E LAMAR ALEXANDER<br>MARYVILLE  TN 37804-5016 |
| (P)CBC<br>PO BOX 5067<br>KINGSPORT TN 37663-0067 | CC HOLDINGS<br>101 CROSSWAYS PARK DR<br>WOODBURY  NY 11797-2020 | (P)CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA CA 92821-6753 |
| CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CAPITAL ONE AUTO FIANC<br>PO BOX 259407<br>PLANO  TX 75025-9407 |
| CAPITAL ONE AUTO FINANCE  A DIVISION OF<br>CAPITAL ONE  NA CO<br>AIS PORTFOLIO SERVICES  LP<br>4515 N SANTA FE AVE  DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| CELTIC BANK CO<br>PO BOX 4488<br>BEAVERTON  OR 97076-4402 | CONTINENTAL FINANCE<br>1ST BANK DELEWARE<br>PO BOX 11743<br>WILMINGTON  DE 19850-1743 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 |

```
DATASEARCH INC                          EASTMAN CREDIT UNION                    (P)ELEVATE RECOVERIES LLC
1802 NE LOOP 410                        PO BOX 1989                             P O BOX 910009
SUITE 400                               KINGSPORT  TN 37662-1989                SHERMAN TX 75091-0009
SAN ANTONIO  TX 78217-5221



FAMILY MEDICAL CLINIC                   FAMILY MEDICAL CLINIC                   FEDLOAN
CO WAKEFIELD ASSOCIATES  LLC            104 W RAILROAD AVE                      POB 60610
PO BOX 51272                            CRYSTAL SPRIN  MS 39059                 HARRISBURG  PA 17106-0610
KNOXVILLE  TN 37950-1272



FINANCIAL DATA SYSTEMS                  FINGERHUT                               FIRST PREMIER BANK
300 E ARLINGTON BD                      13300 PIONEER TRAIL                     3820 N LOUISE AVE
GREENVILLE  NC 27858-5037               EDEN PRAIRIE  MN 55347-4120             SIOUX FALLS  SD 57107-0145



GENESIS FS CARD                         GENESIS FS CARD SERVIC                  HEALTHCARE EXPRESS LLP
PO BOX 4499                             PO BOX 23026                            3515 RICHMOND RD
BEAVERTON  OR 97076-4499                COLUMBUS  GA 31902-3026                 TEXARKANA  TX 75503-0711



IC SYSTEMS  INC                         INNOVATIVE PATHOLOGY                    (P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 64378                            501 20TH ST STE G3                      PO BOX 7999
SAINT PAUL  MN 55164-0378               KNOXVILLE  TN 37916-1890                SAINT CLOUD MN 56302-7999



KEYSTONE MEDICAL SERVI                  LVNV FUNDING  LLC                       MARS COLLECTION AGENCY
PO BOX 281030                           RESURGENT CAPITAL SERVICES              5810 E SKELLY DR
ATLANTA  GA 30384-1030                  PO BOX 10587                            TULSA  OK 74135-6420
                                        GREENVILLE  SC 29603-0587



MERRICK BANK                            MS COAST OBGYN                          MEDNOW URGENT CARE
RESURGENT CAPITAL SERVICES              21 DOCTORS DR                           2851 WASHINGTON RD
PO BOX 10368                            OCEAN SPRINGS  MS 39564-5709            AUGUSTA  GA 30909-2131
GREENVILLE  SC 29603-0368



MEMORIAL PHYSICIANS                     (P)MERCHANTS ADJUSTMENT SERVICE  INC    MERIT HEALTH
PO BOX 15396                            ATTN ATTN SHERI                         150 REYNOIR ST
HATTIESBURG  MS 39404-5396              PO BOX 7511                             BILOXI  MS 39530-4130
                                        MOBILE AL 36670-0511



MERIT HEALTH BILOXI                     OPTIMA RECOVERY SERVI                   OPTIMA RECOVERY SERVIC
CO PASI                                 P O BOX 52968                           P O BOX 52968
PO BOX 188                              KNOXVILLE  TN 37950-2968                KNOXVILLE  TN 37950-2968
BRENTWOOD TN 37024-0188
```

```
PINNACLE FUNDS II  LLC                    PARAGON REVENUE GROUP                     PECOS COUNTY MEM HOSP
CO WAKEFIELD  ASSOCIATES  LLC             P O BOX 127                               387 I10
PO BOX 51272                              CONCORD  NC 28026-0127                    FORT STOCKTON  TX 79735
KNOXVILLE  TN 37950-1272


PREMIER BANKCARD  LLC                     PROFRESSIONAL ACCT SER                    QUANTUM3 GROUP LLC AS AGENT FOR
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE    7100 COMMERCE WAY                         GENESIS FS CARD SERVICES INC
PO BOX 7999                               SUITE 100                                 PO BOX 788
SAINT CLOUD MN 56302-7999                 BRENTWOOD  TN 37027-6935                  KIRKLAND  WA  98083-0788


SMB RADIOLOGY                             SAFE HARBOR CLINIC                        SINGING  RIVER HOSPITA
PO BOX 1330                               4013 BEATLINE RD                          PO BOX 789
GULFPORT  MS 39502-1330                   SUITE A                                   OCEAN SPRINGS  MS 39566-0789
                                          LONG BEACH  MS 39560-4135


SINGING RIVER GULFPORT                    SINGING RIVER HEALTH                      SINGING RIVER HEALTH SYSTEM
RESURGENT CAPITAL SERVICES                PO BOX 660940                             CO MICHAEL J MCELHANEY  JR
PO BOX 1927                               DALLAS  TX 75266-0940                     P O BOX 1618
GREENVILLE  SC 29602-1927                                                           PASCAGOULA  MS  39568-1618


SMITH ROUCHON  ASSOC                      SOUTH MS COLLECTION SE                    SOUTHCOAST PATHOLOGY
1456 ELLIS AVENUE                         PO BOX 1511                               5700 SOUTHWYCK BLVD
JACKSON  MS 39204-2204                    PASCAGOULA  MS 39568-1511                 TOLEDO  OH 43614-1509


SOUTHEAST ORAL SURGERY                    SOUTHEASTERN EMERGENCY                    SYNCHRONY BANK
216 HEALTHWEST DR                         PO BOX 740023                             PO BOX 105972
DOTHAN  AL 36303-1942                     CINCINNATI  OH 45274-0023                 ATLANTA  GA 30348-5972


TURKEY CREEK MEDICAL CENTER               UNITED REVENUE CORP                       UNITED STATES TRUSTEE
CO PASI                                   204 BILLING ST                            501 EAST COURT STREET
PO BOX 188                                STE 120                                   SUITE 6-430
BRENTWOOD TN 37024-0188                   ARLINGTON  TX 76010-2495                  JACKSON  MS 39201-5022


(P)WAKEFIELD  ASSOCIATES                  WELLS FARGO AUTO                          WELLS FARGO BANK NA  DBA WELLS FARGO AUT
PO BOX 58                                 PO BOX 168040                             PO BOX 169005
FORT MORGAN CO 80701-0058                 IRVING  TX 75016                          IRVING  TX 75016-9005



                                          DEBTOR

JENNIFER A CURRY CALVILLO                 JOHN PAUL KIRKLAND                        LISA MICHELLE KIRKLAND
THE ROLLINS LAW FIRM                      19472 W WORTHAM RD                        19472 W WORTHAM RD
702 W PINE ST                             SAUCIER  MS 39574-9825                    SAUCIER  MS 39574-9825
HATTIESBURG  MS 39401-3836
```

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~                (P)WARREN A  CUNTZ  T1 JR
~~THE ROLLINS LAW FIRM, PLLC~~            PO BOX 3749
~~PO BOX 13767~~                          GULFPORT MS 39505-3749
~~JACKSON  MS 39236-3767~~