IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: JOHN PAUL KIRKLAND                      CHAPTER 13
      LISA MICHELLE KIRKLAND              CASE NO. 22-50076-KMS

## TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| MERIT HEALTH BILOXI | $299.44 |
| C/O PASI | |

ADDRESS OF CREDITOR
P.O. BOX 188
BRENTWOOD, TN 37024

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date: January 22, 2026

Signed: _/s/ Warren A. Cuntz, Jr._,
            Chapter 13 Standing Trustee
            Warren A. Cuntz, Jr.