**United States Bankruptcy Court**

Southern District of Mississippi (Gulfport-6 Divisional Office)

In re:     LISA M BRADLEY                     Case no:     22-50076
           JOHN KRIKLAND
                                              Chapter:     13

           Debtor (s)

**Notice of claim satisfaction**

As to Claim 4-2 filed on 07/21/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

06/08/2026                          /s/Tamika Chew
                                    Senior Bankruptcy Processor
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (06/24/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

## Certificate Of Service

## United States Bankruptcy Court

Southern District of Mississippi (Gulfport-6 Divisional Office)

In re:        LISA M BRADLEY                        Case no:      22-50076
              JOHN KRIKLAND
                                                    Chapter:      13


              Debtor (s)


In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 06/08/2026, I served a true and correct copy of the above notice of claim satisfaction as follows:


☒  By CM/ECF:
   Tamika Chew
   Senior Bankruptcy Processor

☐  By mail:
   [Name]
   [Address]

☐  By [Method of delivery]:
   [Name]
   [Address]


06/08/2026                          /s/Tamika Chew
                                    Senior Bankruptcy Processor
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto