_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                              **CHAPTER 13**
**JOHN PAUL & LISA MICHELLE KIRKLAND**                  **CASE NO. 22-50076-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### JOHN PAUL KIRKLAND (SSN # XXX-XX-1350)

THE ORDER **(Dkt. 58)** heretofore entered in these proceedings by which the debtor's employer:

**KLLM Transportation**
**135 Riverview Dr**
**Richland MS, 39218**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**