_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**                                                                 **CHAPTER 13**
**JOHN PAUL & LISA MICHELLE KIRKLAND**                    **CASE NO. 22-50076-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**
**LISA MICHELLE KIRKLAND (SSN # XXX-XX-5960)**

THE ORDER **(Dkt. 59)** heretofore entered in these proceedings by which the debtor's employer:

**HOME INSTEAD HEALTHCARE**
**1716 GOVERNMENT ST.**
**SUITE C**
**OCEAN SPRINGS, MS 39564**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**