United States Bankruptcy Court

Southern District of Mississippi

In re:

John Paul Kirkland

Lisa Michelle Kirkland

Debtors

Case No. 22-50076-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2

Date Rcvd: Jun 09, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID**      **Recipient Name and Address**

db/jdb      +   John Paul Kirkland, Lisa Michelle Kirkland, 19472 W Wortham Rd, Saucier, MS 39574-9825

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Jennifer A Curry Calvillo

on behalf of Debtor John Paul Kirkland jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

on behalf of Joint Debtor Lisa Michelle Kirkland jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Phillip Brent Dunnaway

on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Lisa Michelle Kirkland trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

District/off: 0538-6                        User: mssbad                              Page 2 of 2
Date Rcvd: Jun 09, 2026                     Form ID: pdf012                           Total Noticed: 1

on behalf of Debtor John Paul Kirkland trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8

_____



SO ORDERED,



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                             CHAPTER 13
JOHN PAUL & LISA MICHELLE KIRKLAND    CASE NO: 22-50076-KMS


### ORDER RELEASING EARNINGS OF DEBTOR

THE ORDER **(Dkt. 33)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:


**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**


**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**


##END OF ORDER##