United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 22-50076-KMS

John Paul Kirkland                                                          Chapter 13

Lisa Michelle Kirkland

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Paul Kirkland, Lisa Michelle Kirkland, 19472 W Wortham Rd, Saucier, MS 39574-9825 |
| | + Home Instead Healthcare, 1716 Government St., Suite C, Ocean Springs, MS 39564-3801 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor John Paul Kirkland jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Lisa Michelle Kirkland jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lisa Michelle Kirkland trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                          User: mssbad                              Page 2 of 2

Date Rcvd: Jun 09, 2026                       Form ID: pdf012                           Total Noticed: 2

Thomas Carl Rollins, Jr

on behalf of Debtor John Paul Kirkland trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**                                                                                 **CHAPTER 13**
**JOHN PAUL & LISA MICHELLE KIRKLAND**                            **CASE NO. 22-50076-KMS**

### <u>ORDER RELEASING EARNINGS OF DEBTOR</u>
**LISA MICHELLE KIRKLAND (SSN # XXX-XX-5960)**

THE ORDER **(Dkt. 59)** heretofore entered in these proceedings by which the debtor's employer:

> **HOME INSTEAD HEALTHCARE**
> **1716 GOVERNMENT ST.**
> **SUITE C**
> **OCEAN SPRINGS, MS 39564**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**<u>IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.</u>**

**##END OF ORDER##**