## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    John Paul Kirkland                                  Case No. 22-50076-KMS
          Lisa Michelle Kirkland, Debtors                              Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  /s/ John Paul Kirkland_____          06-10-2026_
John Paul Kirkland                                       Date

/s/ Lisa Michelle Kirkland_____          06-11-2026_
Lisa Michelle Kirkland                                   Date

/s/ Thomas C. Rollins, Jr._____          06-11-2026_
Thomas C. Rollins, Jr., MS Bar No. 103469               Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                            Gulfport Divisional Office:
Danny L. Miller, Clerk                     Danny L. Miller, Clerk
United States Bankruptcy Court             United States Bankruptcy Court
Thad Cochran US Courthouse                 Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                  2012 15th St, Suite 244
Jackson, MS 39201                          Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On June 12, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.,  _____
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHN PAUL KIRKLAND
LISA MICHELLE KIRKLAND

CASE NO: 22-50076

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/12/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/12/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHN PAUL KIRKLAND
LISA MICHELLE KIRKLAND

CASE NO: 22-50076

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/12/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50076
SOUTHERN DISTRICT OF MISSISSIPPI
FRI JUN 12 8-6-57 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

MERIT HEALTH BILOXI
150 REYNOIR STREET
BILOXI  MS 39530-4130

WELLS FARGO AUTO
PO BOX 169005
IRVING  TX 75016-9005

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AARONS
12057 US 49 SUITE C
GULFPORT  MS 39503-3177

ABERCROMBIE RADIOLOGIC
1112 WEISGARBER RD
KNOXVILLE  TN 37909-2620

ADVANCE AMERICA
12373 HWY 49
SUITE 1
GULFPORT  MS 39503-2980

(P)PHYSICIAN SERVICES OF THE GULF COAST LLC
ATTN ATTN MICHELLE STOUT
P O BOX 7417
DIBERVILLE MS 39540-7401

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG  SC 29302-2149

AVANTWEBBANK
222 N LASALLE ST
CHICAGO  IL 60601-1003

BASIN EMERGENCY PHYSIC
PO BOX 8800
FORT WORTH  TX 76124-0800

BLOUNT MEMORIAL
PO BOX 9820
MARYVILLE  TN 37802-9820

BLOUT MEMORIAL
907 E LAMAR ALEXANDER
MARYVILLE  TN 37804-5016

(P)CBC
PO BOX 5067
KINGSPORT TN 37663-0067

CC HOLDINGS
101 CROSSWAYS PARK DR
WOODBURY  NY 11797-2020

(P)CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE AUTO FIANC
PO BOX 259407
PLANO  TX 75025-9407

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA CO
AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CELTIC BANK CO
PO BOX 4488
BEAVERTON  OR 97076-4402

CONTINENTAL FINANCE
1ST BANK DELEWARE
PO BOX 11743
WILMINGTON  DE 19850-1743

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

DATASEARCH INC
1802 NE LOOP 410
SUITE 400
SAN ANTONIO  TX 78217-5221

EASTMAN CREDIT UNION
PO BOX 1989
KINGSPORT  TN 37662-1989

(P)ELEVATE RECOVERIES LLC
P O BOX 910009
SHERMAN TX 75091-0009

FAMILY MEDICAL CLINIC
CO WAKEFIELD  ASSOCIATES  LLC
PO BOX 51272
KNOXVILLE  TN 37950-1272

FAMILY MEDICAL CLINIC
104 W RAILROAD AVE
CRYSTAL SPRIN  MS 39059

FEDLOAN
POB 60610
HARRISBURG  PA 17106-0610

FINANCIAL DATA SYSTEMS
300 E ARLINGTON BD
GREENVILLE  NC 27858-5037

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE  MN 55347-4120

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

GENESIS FS CARD
PO BOX 4499
BEAVERTON  OR 97076-4499

GENESIS FS CARD SERVIC
PO BOX 23026
COLUMBUS  GA 31902-3026

HEALTHCARE EXPRESS LLP
3515 RICHMOND RD
TEXARKANA  TX 75503-0711

IC SYSTEMS  INC
PO BOX 64378
SAINT PAUL  MN 55164-0378

INNOVATIVE PATHOLOGY
501 20TH ST STE G3
KNOXVILLE  TN 37916-1890

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KEYSTONE MEDICAL SERVI
PO BOX 281030
ATLANTA  GA 30384-1030

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MARS COLLECTION AGENCY
5810 E SKELLY DR
TULSA  OK 74135-6420

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MS COAST OBGYN
21 DOCTORS DR
OCEAN SPRINGS  MS 39564-5709

MEDNOW URGENT CARE
2851 WASHINGTON RD
AUGUSTA  GA 30909-2131

MEMORIAL PHYSICIANS
PO BOX 15396
HATTIESBURG  MS 39404-5396

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MERIT HEALTH
150 REYNOIR ST
BILOXI  MS 39530-4130

MERIT HEALTH BILOXI
CO PASI
PO BOX 188
BRENTWOOD TN 37024-0188

OPTIMA RECOVERY SERVI
P O BOX 52968
KNOXVILLE  TN 37950-2968

OPTIMA RECOVERY SERVIC
P O BOX 52968
KNOXVILLE  TN 37950-2968

PINNACLE FUNDS II  LLC
CO WAKEFIELD  ASSOCIATES  LLC
PO BOX 51272
KNOXVILLE  TN 37950-1272

PARAGON REVENUE GROUP
P O BOX 127
CONCORD  NC 28026-0127

PECOS COUNTY MEM HOSP
387 I10
FORT STOCKTON  TX 79735

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

PROFRESSIONAL ACCT SER
7100 COMMERCE WAY
SUITE 100
BRENTWOOD  TN 37027-6935

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND  WA  98083-0788

SMB RADIOLOGY
PO BOX 1330
GULFPORT MS 39502-1330

SAFE HARBOR CLINIC
4013 BEATLINE RD
SUITE A
LONG BEACH  MS 39560-4135

SINGING  RIVER HOSPITA
PO BOX 789
OCEAN SPRINGS  MS 39566-0789

SINGING RIVER GULFPORT
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE  SC 29602-1927

SINGING RIVER HEALTH
PO BOX 660940
DALLAS  TX 75266-0940

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SOUTH MS COLLECTION SE
PO BOX 1511
PASCAGOULA  MS 39568-1511

SOUTHCOAST PATHOLOGY
5700 SOUTHWYCK BLVD
TOLEDO  OH 43614-1509

SOUTHEAST ORAL SURGERY
216 HEALTHWEST DR
DOTHAN  AL 36303-1942

SOUTHEASTERN EMERGENCY
PO BOX 740023
CINCINNATI  OH 45274-0023

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

~~EXCLUDE~~

TURKEY CREEK MEDICAL CENTER
CO PASI
PO BOX 188
BRENTWOOD TN 37024-0188

UNITED REVENUE CORP
204 BILLING ST
STE 120
ARLINGTON  TX 76010-2495

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

(P)WAKEFIELD  ASSOCIATES
PO BOX 58
FORT MORGAN CO 80701-0058

WELLS FARGO AUTO
PO BOX 168040
IRVING  TX 75016

WELLS FARGO BANK NA  DBA WELLS FARGO AUT
PO BOX 169005
IRVING  TX 75016-9005

DEBTOR

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

JOHN PAUL KIRKLAND
19472 W WORTHAM RD
SAUCIER  MS 39574-9825

LISA MICHELLE KIRKLAND
19472 W WORTHAM RD
SAUCIER  MS 39574-9825

```
THOMAS CARL ROLLINS JR                    (P)WARREN A  CUNTZ  T1 JR
THE ROLLINS LAW FIRM  PLLC                PO BOX 3749
PO BOX 13767                              GULFPORT MS 39505-3749
JACKSON  MS 39236-3767
```