United States Bankruptcy Court

Southern District of Mississippi

In re:

John Paul Kirkland

Lisa Michelle Kirkland

    Debtors

Case No. 22-50076-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: 3180W | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Paul Kirkland, Lisa Michelle Kirkland, 19472 W Wortham Rd, Saucier, MS 39574-9825 |
| cr | + | Merit Health Biloxi, 150 Reynoir Street, Biloxi, MS 39530-4130 |
| 5073313 | + | Basin Emergency Physic, PO Box 8800, Fort Worth, TX 76124-0800 |
| 5073315 | + | Blout Memorial, 907 E Lamar Alexander, Maryville, TN 37804-5016 |
| 5073324 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5073317 | + | Capital One Auto Fianc, P.O. Box 259407, Plano, TX 75025-9407 |
| 5073322 | + | Continental Finance, 1st Bank Deleware, P.O. Box 11743, Wilmington, DE 19850-1743 |
| 5073325 | + | Datasearch Inc, 1802 Ne Loop 410, Suite 400, San Antonio, TX 78217-5221 |
| 5073328 | | Family Medical Clinic, 104 W Railroad Ave, Crystal Sprin, MS 39059 |
| 5073329 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 5073330 | + | Financial Data Systems, 300 E Arlington Bd, Greenville, NC 27858-5037 |
| 5073335 | + | Healthcare Express LLP, 3515 Richmond Rd, Texarkana, TX 75503-0711 |
| 5073337 | + | Innovative Pathology, 501 20th St STE G3, Knoxville, TN 37916-1890 |
| 5073344 | + | MS Coast OB/GYN, 21 Doctors Dr, Ocean Springs, MS 39564-5709 |
| 5073340 | + | Mednow Urgent Care, 2851 Washington Rd, Augusta, GA 30909-2131 |
| 5073341 | + | Memorial Physicians, P.O. Box 15396, Hattiesburg, MS 39404-5396 |
| 5073343 | + | Merit Health, 150 Reynoir St, Biloxi, MS 39530-4130 |
| 5073348 | | Pecos County Mem Hosp, 387 I-10, Fort Stockton, TX 79735 |
| 5073349 | + | Profressional Acct Ser, 7100 Commerce Way, Suite 100, Brentwood, TN 37027-6935 |
| 5073350 | + | Safe Harbor Clinic, 4013 Beatline Rd, Suite A, Long Beach, MS 39560-4135 |
| 5073351 | + | Singing River Hospita, PO Box 789, Ocean Springs, MS 39566-0789 |
| 5073352 | | Singing River Health, P.O. Box 660940, Dallas, TX 75266-0940 |
| 5073355 | | South MS Collection Se, PO Box 1511, Pascagoula, MS 39568-1511 |
| 5073356 | + | SouthCoast Pathology, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 5073357 | + | Southeast Oral Surgery, 216 Healthwest Dr, Dothan, AL 36303-1942 |
| 5073362 | | Wells Fargo Auto, P.O. Box 168040, Irving, TX 75016 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 13 2026 23:51:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: WFFC2 | Jul 13 2026 23:51:00 | Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5073308 | + | Email/Text: bankruptcynotices@aarons.com | Jul 13 2026 19:57:00 | Aarons, 12057 US 49 Suite C, Gulfport, MS 39503-3177 |
| 5073309 | + | Email/Text: ssams@arcrad.org | Jul 13 2026 19:57:00 | Abercrombie Radiologic, 1112 Weisgarber Rd, |

District/off: 0538-6      User: mssbad      Page 2 of 4

Date Rcvd: Jul 13, 2026      Form ID: 3180W      Total Noticed: 72

| ID | Flag | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Knoxville, TN 37909-2647 |
| 5073310 | + | Email/Text: bnc@teampurpose.com | Jul 13 2026 19:57:00 | Advance America, 12373 Hwy 49, Suite 1, Gulfport, MS 39503-2980 |
| 5085597 | + | Email/Text: bankruptcy@acacceptance.com | Jul 13 2026 19:57:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5073312 | + | Email/Text: bk@avant.com | Jul 13 2026 19:57:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 5073314 | | Email/Text: bmhbusinessoffice@prismahealth.org | Jul 13 2026 19:57:00 | Blount Memorial, P.O. Box 9820, Maryville, TN 37802-9820 |
| 5073318 | | Email/Text: mlawson@cbcollects.com | Jul 13 2026 19:57:00 | CBC Collections, Po Box 5067, Kingsport, TN 37663 |
| 5073319 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 19:57:51 | CC Holdings, 101 Crossways Park Dr, Woodbury, NY 11797-2020 |
| 5073321 | | Email/Text: EBN_Brea@meduitrcm.com | Jul 13 2026 19:57:00 | CMRF Financial Service, 3075 E Imperial Hwy, Ste 200, Brea, CA 92821 |
| 5073316 | + | EDI: CAPITALONE.COM | Jul 13 2026 23:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5089975 | + | EDI: AISACG.COM | Jul 13 2026 23:51:00 | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5089149 | + | EDI: AIS.COM | Jul 13 2026 23:51:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5088849 | + | EDI: AIS.COM | Jul 13 2026 23:51:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA) N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5073320 | + | EDI: PHINGENESIS | Jul 13 2026 23:51:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5073323 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2026 19:57:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5073327 | | Email/Text: customersupport@elevaterecoveries.com | Jul 13 2026 19:57:00 | Elevate Recoveries, 1930 N Grand Ave, Sherman, TX 75090 |
| 5073326 | + | Email/Text: ecuasset@ecu.org | Jul 13 2026 19:57:00 | Eastman Credit Union, PO Box 1989, Kingsport, TN 37662-1989 |
| 5078485 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 13 2026 19:57:00 | FAMILY MEDICAL CLINIC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5073331 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 19:57:51 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5073332 | + | EDI: AMINFOFP.COM | Jul 13 2026 23:51:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5073333 | + | EDI: PHINGENESIS | Jul 13 2026 23:51:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 5073334 | + | EDI: PHINGENESIS | Jul 13 2026 23:51:00 | Genesis FS Card Servic, P.O. Box 23026, Columbus, GA 31902-3026 |
| 5073336 | + | EDI: LCIICSYSTEM | Jul 13 2026 23:51:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5094503 | | EDI: JEFFERSONCAP.COM | Jul 13 2026 23:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5073338 | | Email/Text: bankruptcynotice@keystonehealthcare.com | Jul 13 2026 19:57:00 | Keystone Medical Servi, P.O. Box 281030, Atlanta, GA 30384-1030 |

District/off: 0538-6 | User: mssbad | Page 3 of 4
Date Rcvd: Jul 13, 2026 | Form ID: 3180W | Total Noticed: 72

| 5089596 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 19:57:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5073339 | + | Email/Text: skrouse@marscollect.com | Jul 13 2026 19:57:00 | MARS Collection Agency, 5810 E Skelly Dr, Tulsa, OK 74135-6420 |
| 5073342 | | Email/Text: sheri@masinc.org | Jul 13 2026 19:57:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 5083242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 19:57:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5081408 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 13 2026 19:57:00 | Merit Health Biloxi, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5073311 | | Email/Text: Credentialingpsgc@gmail.com | Jul 13 2026 19:57:00 | Alphacare Urgent Care, 1018 Cowan Rd, Gulfport, MS 39507 |
| 5078486 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 13 2026 19:57:00 | PINNACLE FUNDS II, LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5073347 | + | Email/Text: bkrnotice@prgmail.com | Jul 13 2026 19:57:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 5086826 | + | EDI: JEFFERSONCAP.COM | Jul 13 2026 23:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5093609 | | EDI: Q3G.COM | Jul 13 2026 23:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5075542 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 19:57:46 | Singing River Gulfport, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 5078417 | ^ | MEBN | Jul 13 2026 19:51:13 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5073354 | + | Email/Text: Tracey@sra-inc.net | Jul 13 2026 19:57:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5073358 | ^ | MEBN | Jul 13 2026 19:50:58 | Southeastern Emergency, P.O. Box 740023, Cincinnati, OH 45274-0023 |
| 5073359 | + | EDI: SYNC | Jul 13 2026 23:51:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5081406 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 13 2026 19:57:00 | Turkey Creek Medical Center, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5073360 | ^ | MEBN | Jul 13 2026 19:50:59 | United Revenue Corp., 204 Billing St, Ste 120, Arlington, TX 76010-2495 |
| 5073361 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 13 2026 19:57:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 5076848 | + | EDI: WFFC2 | Jul 13 2026 23:51:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5073345 | ##+ | Optima Recovery Servi, P O Box 52968, Knoxville, TN 37950-2968 |
| 5073346 | ##+ | Optima Recovery Servic, P O Box 52968, Knoxville, TN 37950-2968 |
| 5073353 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: 3180W | Total Noticed: 72 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor John Paul Kirkland jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Lisa Michelle Kirkland jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor John Paul Kirkland trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lisa Michelle Kirkland trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 8

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **John Paul Kirkland** | Social Security number or ITIN | **xxx–xx–1350** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Lisa Michelle Kirkland** | Social Security number or ITIN | **xxx–xx–5960** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **22–50076–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**John Paul Kirkland**

**Lisa Michelle Kirkland**
fka Lisa Michelle Bradley

Dated: 7/13/26

**By the court:**      /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**